26203. ROBINSON *v.* ATLANTA JOURNAL COMPANY *et al.*

BROYLES, C. J. With the exception that the claim in this case is for personal injuries only, and does not include damages to the automobile, the record is the same as that in *Akridge* v. *Atlanta Journal Co.,* 56 *Ga. App.* 812 (194 S. E.   ), and the decision in that case is controlling in this one. *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED DECEMBER 1, 1937. REHEARING DENIED DECEMBER 17, 1937.